| | | |
|---|---|---|
| People v Askins | 4th Dept: 148 AD3d 1598 | denied* |
| People v Blum | 1st Dept: 148 AD3d 520 | denied* |
| People v Cepeda | 2d Dept: 148 AD3d 942 | denied* |
| People v Etheredge | 1st Dept: 149 AD3d 446 | denied* |
| People v Etheridge | 1st Dept: 149 AD3d 446 | denied* |
| People v Hoyos-Sanchez | 1st Dept: 147 AD3d 701 | denied |
| People v Leeson | 4th Dept: 148 AD3d 1677 | denied* |
| People v Nilsen | 4th Dept: 148 AD3d 1688 | denied |
| People ex rel. Wright v New York State Dept. of Corr. & Community Supervision | App Div, 3d Dept: 2017 NY Slip Op 67452(U) | denied |
| Pepin, Matter of, v New York City Dept. of Educ. | 1st Dept: 148 AD3d 443 | denied |
| Perez, Matter of, v Richmond | 2d Dept: 148 AD3d 904 | denied* |
| Phister v City of Buffalo | 4th Dept: 141 AD3d 1130 | denied |
| Rawley, Matter of, v Graham | 2d Dept: 148 AD3d 1018 (Appeal No. 4) | denied |
| Sealy, Matter of, v New York State Dept. of Corr. & Community Supervision | 3d Dept: 147 AD3d 1127 | denied* |
| Snyder v City of Buffalo | 4th Dept: 141 AD3d 1130 | denied |
| State Farm Mut. Auto. Ins. Co. v Dr. Ibrahim Fatiha Chiropractic, P.C. | 1st Dept: 147 AD3d 696 | denied |
| Waite, Matter of, v Town of Champion | 4th Dept: 148 AD3d 1634 | granted |

## Decided June 22, 2017

| | | |
|---|---|---|
| Altic, Matter of, v Board of Educ., Onondaga-Cortland-Madison Bd. of Coop. Educ. Servs. | 4th Dept: 142 AD3d 1311 | denied |
| Baby B.W., Matter of (Tracy B.H.) | 4th Dept: 148 AD3d 1786 | denied* |
| Chloe W., Matter of (Amy W.) | 4th Dept: 148 AD3d 1672 | denied* |
| Dietl, Matter of, v Board of Elections in the City of N.Y. | 1st Dept: 151 AD3d 504 | denied |
| Gonzalez, Matter of, v Annucci | 3d Dept: 149 AD3d 256 | granted |

* Motion for poor person relief dismissed as academic or denied.